387 A.2d 916

Coblentz, Appellant, v. Tretter, et al.

Argued December 12, 1977. John T. Thorn, with him Liederbach, Eimer & Rossi, for appellant; John S. Bolger, with him Patrick J. O'Connor, for appellee, Norman Starke.

Order affirmed.

HOFFMAN, J., dissented.

WATKINS, former P. J., did not participate in the consideration or decision of this case.